**Opinion issued August 2, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-12-00467-CV**

————————————

**TEUDY R. MONTALVO & ANNA MONTALVO, Appellants and Cross-Appellees**

**V.**

**METHODIST HEALTH CENTERS d/b/a METHODIST SUGAR LAND HOSPITAL, Appellee and Cross-Appellant**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-194821**

## MEMORANDUM OPINION

Appellants and cross-appellant have filed agreed motions to dismiss their respective appeals with prejudice. No opinion has issued. Accordingly, we grant

the motions and dismiss the appeals. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot. Costs of the appeals are taxed against the parties who incurred them, as specified in the parties' agreed motions. *See* TEX. R. APP. P. 42.1(d).

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.